| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:07-CR-0198 DLJ |
| v. ) | |
| SERGIO RODRIGUEZ OROZCO ) | |
| ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                            () Ad Testificandum

Name of Detainee:     SERGIO RODRIGUEZ OROZCO
Detained at (custodian):     **FOLSOM STATE PRISON**

Detainee is:
   a.)   (X) charged in this district by: (X) Indictment () Information () Complaint
              charging detainee with: <u>Being a Deported Alien Found in the United States</u>
or    b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:
   a.)   () return to the custody of detaining facility upon termination of proceedings
or    b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
          is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

Signature:     /s/ Kyle F. Reardon
Printed Name & Phone No:     KYLE F. REARDON/916-554-2782
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum            () Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/15/07

United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Sergio Rodriguez, Alfredo Rodriguez, Gustavo Rodriguez | Male _X_ Female ___ |
| Booking or CDC #: | F42410 | DOB: |
| Facility Address: | 300 Prison Road | Race: |
| | Represa, CA 95670 | FBI #: 548719CB7 |
| Facility Phone: | 916-985-2561 | |
| Currently Incarcerated For: | | |

## RETURN OF SERVICE

Executed on _____     By: _____
                                              (Signature)