DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO RODRIGUEZ OROZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0198 DLJ |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| SERGIO RODRIGUEZ OROZCO, | ) Date: December 11, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. D. Lowell Jensen |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and SERGIO RODRIGUEZ OROZCO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for December 4, 2007, be vacated and rescheduled for status conference on December 11, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel has recently received a proposed plea agreement in this matter and needs to review the proposed plea with his client and an interpreter.

IT IS FURTHER STIPULATED that the period from December 4, 2007,

through and including December 11, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: December 3, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew C. Bockmon
    _____
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    SERGIO RODRIGUEZ OROZCO

Dated: December 3, 2007

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew C. Bockmon for
    _____
    KYLE REARDON
    Assistant U.S. Attorney
    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:   December 3, 2007

    /s/ D. Lowell Jensen
    D. LOWELL JENSEN
    United States District Judge